IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*In Re: Atrium Medical Corp., C-Qur Mesh Products Liability Litigation*
*MDL No. 2753*

Civil Action No. _____
*(Jury Trial Demanded)*

**SHORT FORM COMPLAINT**

Comes now the Plaintiff named below, by and through her attorneys at Fleming, Nolen & Jez, L.L.P., and for her Complaint against the Defendants named below, incorporates the Master Long Form Complaint in MDL No. 2753 by reference. Plaintiff further shows the Court as follows:

1. Plaintiff

   Terry Locklear

2. Consortium Plaintiff

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. Current State of Residence

   South Carolina

5. State of Residence at the Time of Implant (if different)

   N/A

6. State of Residence at the Time of Explant (if applicable and different)

   N/A

7. District Court and Division in which venue would be proper absent direct filing

South Carolina; Florence Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Atrium Medical Corporation ("Atrium");

   ☒ B. Maquet Cardiovascular US Sales, LLC ("Maquet");

   ☒ C. Getinge AB ("Getinge");

9. Basis of Subject Matter Jurisdiction

   ☒ Diversity of Citizenship

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   20-26

   B. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

   _____

10. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    ☐ A. C-QUR;

    ☐ B. C-QUR Mosaic;

    ☐ C. C-QUR Edge;

    ☐ D. C-QUR TacShield;

    ☐ E. C-QUR Lite Mesh V-Patch

    ☒ F. C-QUR Mesh V-Patch

    ☐ G. Other C-QUR mesh product

    _____

    _____

2

11. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. C-QUR;
- ☐ B. C-QUR Mosaic;
- ☐ C. C-QUR Edge;
- ☐ D. C-QUR TacShield;
- ☐ E. C-QUR Lite Mesh V-Patch
- ☒ F. C-QUR Mesh V-Patch
- ☐ G. Other C-QUR mesh product;

_____

_____

12. Date of Implantation as to Each Product

    6/26/2016

13. Date of Explant as to Each Product

    2/1/2019

14. Hospital(s) where Plaintiff was implanted (including City and State)

    McLeod Medical Center – Dillon, Dillon, South Carolina

15. Implanting Surgeon(s)

    Dr. Walter Blum, MD

16. Hospital(s) Where Plaintiff Had Explant (including City and State, if applicable)

    McLeod Medical Center – Dillon, Dillon, South Carolina

17. Explanting Surgeon(s)

    Dr. Rudolph Jokl MD

18. Plaintiff alleges the following injuries she suffered as a result of the implantation of the subject C-QUR mesh product.

3

<u>Chronic pain; recurrence of hernia; foreign body response; rejection; infection; failure of incorporation/ingrowth; scarification; improper wound healing; excessive and chronic inflammation; allergic reaction; adhesions to internal organs; erosion; abscess; fistula; granulomatous response; seroma formation; and tissue damage.</u>

19. Counts in the Master Complaint brought by Plaintiff(s)

- [x] Count I - Negligence
- [x] Count II – Strict Liability – Design Defect
- [x] Count III – Strict Liability – Manufacturing Defect
- [x] Count IV – Strict Liability – Failure to Warn
- [x] Count V – Strict Liability – Defective Product
- [x] Count VI – Breach of Express Warranty
- [x] Count VII – Breach of Implied Warranties of Merchantability and Fitness of Purpose
- [x] Count VIII – Fraudulent Concealment
- [x] Count IX – Constructive Fraud
- [x] Count X – Discovery Rule, Tolling and Fraudulent Concealment
- [x] Count XI – Negligent Misrepresentation
- [x] Count XII – Negligent Infliction of Emotional Distress
- [x] Count XIII – Violation of Consumer Protection Laws
- [x] Count XIV – Gross Negligence
- [x] Count XV – Unjust Enrichment
- [ ] Count XVI – Loss of Consortium
- [x] Count XVII – Punitive or Enhanced Compensatory Damages
- [ ] Other _____ (please state the facts supporting this Count under applicable state law in the space immediately below)
- [ ] Other _____ (please state the facts supporting this Count under applicable state law in the space immediately below)

4

WHEREFORE, Plaintiff demands judgment against Defendants, and each of them, individually, jointly and severally and prays for the following relief in accordance with applicable law and equity:

i. Compensatory damages to Plaintiff for past, present, and future damages, including, but not limited to, pain and suffering for severe and permanent personal injuries sustained by Plaintiff, permanent impairment, mental pain and suffering, loss of enjoyment of life, past and future health and medical care costs, and economic damages including past and future lost earnings and/or earning capacity, together with interest and costs as provided by law;

ii. Restitution and disgorgement of profits;

iii. Punitive or enhanced compensatory damages;

iv. Reasonable attorneys' fees as provided by law;

v. The costs of these proceedings, including past and future cost of the suit incurred herein;

vi. All ascertainable economic damages;

vii. Survival damages (if applicable);

viii. Wrongful death damages (if applicable);

ix. Prejudgment interest on all damages as is allowed by law; and

x. Such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: 08/29/2022

Respectfully submitted,

/s/ Kelsey L. Stokes
Kelsey L. Stokes (TX Bar No. 24083912)
kelsey_stokes@fleming-law.com
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel: 713-621-7944
Fax: 713-621-9638

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 08/29/2022, a copy of the foregoing Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kelsey L. Stokes
KELSEY L. STOKES